**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>JOSE LAZARO RODRIGUEZ-SALAS,<br><br>                    Defendant. | CASE NO. 13-cr-02420-GPC<br><br>**JUDGMENT OF DISMISSAL** |

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

____    the Court has granted the motion of the Government for dismissal, without prejudice; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

__X__    of the offense(s) as charged in the Indictment/Information:

          8:1326(a) and (b) - Removed Alien Found in the United States(1)

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/8/13

_____
Jan M. Adler
U.S. Magistrate Judge